**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARRY L. BROOKINS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STATE OF CALIFORNIA,<br><br>　　　　　Respondent. | Case No. CV 18-0306-JPR<br><br>**J U D G M E N T** |

Pursuant to the Memorandum Decision and Order Denying Petition and Dismissing Action,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is dismissed.

DATED: September 11, 2018        _/s/ Jean Rosenbluth_

　　　　　　　　　　　　　　　　　　JEAN ROSENBLUTH
　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE